UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCELL WILLIAMS,<br><br>    Plaintiff<br><br>v.<br><br>G. PICCININI, et al.,<br><br>    Defendants | Case No.: 2:20-cv-00314-APG-DJA<br><br>**Order Dismissing Defendant Brown** |

On January 7, 2021, plaintiff Marcell Williams was advised by the court that his claims against defendant Brown would be dismissed without prejudice unless, by November 4, 2020, he filed proof of proper service or showed good cause why such service was not timely made. Williams has failed to file proof of service, nor has he shown cause why this action should not be dismissed without prejudice as to Brown for failure to effect timely service under Federal Rule of Civil Procedure 4(m).

I THEREFORE ORDER that defendant Brown is DISMISSED without prejudice.

DATED this 10th day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE