**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELL WILLIAMS,<br><br>　　Plaintiff<br><br>v.<br><br>G. PICCININI, et al.,<br><br>　　Defendants | Case No.: 2:20-cv-00314-APG-DJA<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 39] |

　　Defendants Frank Dreesen, David Drummond, Jerry Howell, Thurston Moore, Gary Piccinini, and James Underwood move to dismiss on a variety of grounds. ECF No. 39. Plaintiff Marcell Williams did not respond. I therefore grant the motion as unopposed under Local Rule 7-2(d).

　　I THEREFORE ORDER that the defendants' motion to dismiss **(ECF No. 39) is GRANTED**.

　　I FURTHER ORDER the clerk of court to enter judgment in favor of the defendants and against plaintiff Marcell Williams and close this case.

　　DATED this 3rd day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE